■    In the Matter of the Claim of STANLEY W. PRATT, Respondent, v. I. W. INDUSTRIES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from a decision of the Workmen's Compensation Board, filed March 16, 1972. The Workmen's Compensation Board found that the accident arose out of and in the course of the claimant's employment. There is substantial evidence to support the board's decision. Decision affirmed, with costs to the Workmen's Compensation Board. Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Main, JJ., concur.